Marshall C. Whitney, # 082952  
Anil Pai, # 234189  
McCormick, Barstow, Sheppard,  
Wayte & Carruth LLP  
P.O. Box 28912  
5 River Park Place East  
Fresno, CA  93720-1501  
Telephone:   (559) 433-1300  
Facsimile:   (559) 433-2300  

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants  
WILLIAM M. RICH, MD and JERRY D. CASHEROS  

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| GABRIEL G. ATAMIAN, MD, MSEE, JD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALAN SIMPSON, individually and his official capacity of the Judge of Fresno County Superior Court; WILLIAM M. RICH, MD; and JERRY D. CASHEROS, counselor of DR. RICH,<br><br>　　　　　　Defendants. | Case No.  1:07-CV-27 AWI SMS<br>**DEFENDANTS, WILLIAM M. RICH, M.D. AND JERRY D. CASHEROS' EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF, GABRIEL G. ATAMIAN'S COMPLAINT** |

　　　Defendants WILLIAM M. RICH, M.D. and JERRY D. CASHEROS hereby apply to the Court Ex Parte for an Order extending time to respond to plaintiff GABRIEL G. ATAMIAN's Complaint, originally filed on January 8, 2007.

1.　Plaintiff's Summons and Complaint was served by certified mail on January 8, 2007, making the time for filing a response to the Complaint February 7, 2007.

2.　On January 26, 2007, the undersigned counsel telephoned Mr. ATAMIAN, who is in pro se, and informed him that this ex parte request was being made to this Court. Mr. ATAMIAN's response was "You do what you need to do and I will respond to the Court."

3.　Defendants have not sought or obtained any previous extensions of time.

4.　Such an extension is timely and necessary to allow additional time to prepare a responsive pleading to plaintiff's Complaint for the following reasons:

       against PLAINTIFF ATAMIAN, was non-suited a lawsuit was filed in the Fresno County Superior Court, where WILLIAM M. RICH, M.D., was a defendant. In that lawsuit, DR. RICH was represented by JERRY D. CASHEROS. Plaintiff's Complaint stems from a ruling made by the Honorable ALAN M. SIMPSON, also named as a defendant, in that lawsuit. That ruling caused plaintiff's underlying Complaint to be dismissed. Now plaintiff sues the judge who ruled against him, his adversary who prevailed and his adversay's attorney. For many reasons plaintiff's Complaint is legally devoid of merit, resulting in the need to submit a motion to dismiss and other potential dispositive motions.

  b. Since Plaintiff filed suit against JERRY D. CASHEROS, who was acting in his capacity as DR. RICH's counsel, issues with respect to defense and indemnity of this case and the resulting potential conflicts needed to be resolved prior to proceeding with preparation of a responsive pleading.

  c. Moreover, plaintiff's Complaint, which seeks to impose liability on DR. RICH for defending himself against a lawsuit and JERRY D. CASHEROS for providing legal representation to DR. RICH, is not only substantively deficient on several legal grounds, it attaches several improper and irrelevant documents which will need to be separately addressed.

  d. Accordingly, in order to prepare a concise and thorough response to plaintiff's Complaint, an extension of time is warranted.

5. Based upon the above, defendants, WILLIAM M. RICH, M.D. and JERRY D. CASHEROS, respectfully request that the Court grant an extension of an additional twenty (20) days by which to file a responsive pleading to plaintiff GABRIEL G. ATAMIAN's Complaint, up to and including February 27, 2007.

//

//

ORDER

Having considered defendants' Ex Parte Application for an extension of time to file a Response, and finding good cause therefore, IT IS HEREBY ORDERED that defendants WILLIAM M. RICH, M.D. and JERRY D. CASHEROS will have up to and including February 27, 2007 by which to file a responsive pleading to plaintiff GABRIEL G. ATAMIAN's Complaint.

IT IS SO ORDERED.

**Dated:   January 29, 2007**              **/s/ Anthony W. Ishii**

0m8i78                              UNITED STATES DISTRICT JUDGE