**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL G. ATAMIAN, MD, MSEE, JD,<br><br>        **Plaintiff**,<br><br>    v.<br><br>ALAN SIMPSON, individually and in his official capacity of Judge of Fresno County Superior Court; WILLIAM M. RICH, MD; and JERRY D. CASHEROS, counselor of DR. RICH,<br><br>        **Defendant**s | CV F 07-0027 AWI DLB<br><br>**ORDER GRANTING M0TION TO CONTINUE HEARING DATE, CONSOLIDATING HEARING DATES, AND VACATING PREVIOUSLY SCHEDULED HEARING DATES OF MARCH 12, 2007 AND APRIL 2, 2007.** |

       On January 30, 2007, in this action for civil rights violation defendants Alan Simpson, William Rich, M.D., and Jerry D. Casheros ("Defendants"), noticed for hearing and decision on a motion to dismiss (the "January 30 Motion to Dismiss"). The matter was scheduled for oral argument to be held March 12, 2007. On February 27, 2007, Defendants filed another motion to dismiss (the "February 27 Motion to Dismiss"), which was scheduled for oral argument to be held on April 2, 2007. On March 1, 2007, Plaintiff requested continuance of the hearing date, presumably for both the January 30 and February 27 Motions to Dismiss, to April 9, 2007.

       The court has reviewed the submissions of the parties with respect to both the January

30 and February 27 Motions to dismiss, and finds that the motions should be consolidated in the interests of efficient use of judicial resources. The court also finds the court's need to manage its workload will be best served if hearing on Defendants' motions to dismiss are continued to the date requested by Plaintiff; that is until April 9, 2007, one week after the date currently set for consideration of Defendants February 27 Motion to Dismiss.

THEREFORE, for the reasons stated above, the court hereby ORDERS that the hearing dates currently scheduled on March 12, 2007, for Defendants' January 30 Motion to Dismiss, and April 2, 2007, for Defendants February 27 Motion to Dismiss, are hereby VACATED, and no party shall appear at those times. Hearing on Defendants' January 30 and February 27 Motions to Dismiss is hereby CONTINUED to April 9, 2007, at 1:30 p.m. in courtroom 2.

IT IS SO ORDERED.

**Dated:   March 8, 2007**
0m8i78                                         **/s/ Anthony W. Ishii**
                                               UNITED STATES DISTRICT JUDGE