1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL G. ATAMIAN, MD, MSEE, JD,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> ALAN SIMPSON, individually and in his ) <br> official capacity of Judge of Fresno  ) <br> County Superior Court; WILLIAM M.  ) <br> RICH, MD; and JERRY D. CASHEROS, ) <br> counselor of DR. RICH,  ) <br> ) <br> Defendants  ) <br> _____ ) | CV F 07-0027 AWI DLB <br><br> ORDER VACATING PREVIOUSLY SCHEDULED HEARING DATE OF APRIL 9, 2007, AND TAKING MATTER UNDER SUBMISSION. |

On March 8, 2007, the court consolidated consideration of the motion to dismiss filed by defendant Alan Simpson on January 30, 2007 and the motion to dismiss by defendants William Rich, M.D., and Jerry D. Casheros filed on February 27, 2007.  The hearing date for both motions was rescheduled for April 9, 2007.

The court has conducted additional reviewed the submissions of the parties with respect to both the January 30 and February 27 motions to dismiss, and finds that motions are suitable for decision without oral argument.  Local Rule 78-230(h).

THEREFORE, the court hereby ORDERS that the hearing date currently scheduled on April 9, 2007, for both the January 30 February 27 motions to dismiss is hereby

1    VACATED, and no party shall appear on April 9, 2007.  As of April 9, 2007, the court will

2    take both motions under submission and will thereafter render its decision.

3

4    IT IS SO ORDERED.

5    **Dated:    April 4, 2007**                              **/s/ Anthony W. Ishii**
     0m8i78                                       UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              2