**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL G. ATAMIAN,           ) | NO. 1:07-CV-00027-AWI |
|           ) | |
|        Plaintiff,      ) | ORDER OF REQUEST FOR NINTH |
|           ) | CIRCUIT ORDER AS MONEY |
|      v.           ) | JUDGMENT |
|           ) | |
| ALAN SIMPSON, et al.,      ) | |
|           ) | |
|        Defendants - Appellees.   ) | |
| _____ ) | |

       Upon review and consideration of the Request for Entry of Ninth Circuit Order as a Money Judgment submitted by Defendants - Appellees, WILLIAM M. RICH, M.D., and JERRY D. CASHEROS, herein, and good cause appearing therefore,

       IT IS HEREBY ORDERED that the Ninth Circuit Order, dated November 13, 2008, is GRANTED as a money judgment in the amount of $1,348.00 against Plaintiff-Appellant, GABRIEL G. ATAMIAN.

IT IS SO ORDERED.

**Dated:   December 17, 2008**            **/s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE